In the Matter of DAVID S. CUSHMAN, Respondent, against ARTHUR W. WALLANDER, as Police Commissioner of the City of New York, Appellant.

Argued January 11, 1950; decided February 23, 1950.

*John P. McGrath, Corporation Counsel* (*Henry J. Shields* and *Seymour B. Quel* of counsel), for appellant.

*David S. Cushman,* in person, and *Irving L. Weishar* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.